IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

```
-------------------------------------------------------------X
ANTHONY HAMMOND MURPHY                 :
and BLAIR DOUGLASS,                    :
                                       :    Case No. 20-cv-00056-SPB-RAL
              Plaintiffs,              :
                                       :
                                       :    ECF Filing
       v.                              :
                                       :
                                       :
CHARLES TYRWHITT, INC.,                :
                                       :
              Defendant.               :
-------------------------------------------------------------X
```

## MOTION FOR ADMISSION *PRO HAC VICE* OF STEVEN D. HURD

I, Steven D. Hurd, undersigned counsel for Defendant Charles Tyrwhitt, Inc. ("Charles Tyrwhitt"), hereby move that I be admitted to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for Charles Tyrwhitt pursuant to LCvR 83.2 and LCvR 83.3, LCrR 83.2 and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151).

In support of this motion, undersigned counsel attaches the Affidavit for Admission *Pro Hac Vice* of Steven D. Hurd filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

Respectfully submitted:

PROSKAUER ROSE LLP

By: */s/ Steven D. Hurd*
Steven D. Hurd (NY State Bar No. 2651156)
Eleven Times Square
New York, NY 10036
Phone: (212) 969-3985
Fax: (212) 969-2900
shurd@proskauer.com

## CERTIFICATE OF SERVICE

That counsel for the Defendant, Charles Tyrwhitt, Inc., hereby certifies that a true and correct copy of the within Motion for Admission Pro Hac Vice of Steven D. Hurd has been served on all counsel of record, via the Court's ECF system, this 30th day of July, 2020:

Lawrence H. Fisher
One Oxford Centre
301 Grant Street, Suite 4300
Pittsburgh, PA 15219
lawfirst@lawrencefisher.com

Kevin W. Tucker
EAST END TRIAL GROUP LLC
186 42nd St., P.O. Box 40127
Pittsburgh, PA  15201
ktucker@eastendtrialgroup.com
***Counsel for Plaintiff***

BY:   */s/ Steven D. Hurd*
         Steven D. Hurd, Esq.