IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

------------------------------------------------------------X
ANTHONY HAMMOND MURPHY :
and BLAIR DOUGLASS, :
:
            Plaintiffs, : Case No. 20-cv-00056-SPB-RAL
:
v. : ECF Filing
:
CHARLES TYRWHITT, INC., :
:
            Defendant. :
:
------------------------------------------------------------X

## AFFIDAVIT OF STEVEN D. HURD IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

    I, Steven D. Hurd, make this affidavit in support of the motion for my admission to appear and practice in this Court in the above-captioned matter as counsel pro hac vice for Defendant Charles Tyrwhitt, Inc., pursuant to LCvR 83.2 and LCvR 83.3, LCrR 83.2 and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151).

    I, Steven D. Hurd, being duly sworn, do hereby depose and say as follows:

1.     I am a Partner with the law firm Proskauer Rose LLP.

2.     My business address is Eleven Times Square New York, NY 10036.

3.     I am a member in good standing of the Bar of the State of New York. My Certificate of Good Standing for the Bar of the State of New York is annexed hereto as Exhibit A.

4.     My New York State Bar Roll Number is 2651156.

5. I was admitted to practice before the following United States District Courts and United States Circuit Courts of Appeal:

| COURT | DATE ADMITTED |
|---|---|
| U.S. District Court, Northern District of NY | 1/1/1995 |
| U.S. District Court, Southern District of NY | 1/1/1996 |
| U.S. District Court, Eastern District of NY | 1/1/1998 |
| U.S. District Court, Eastern District of Mich. | 1/1/2015 |
| U.S. District Court, District of Colorado | 1/1/2004 |
| U.S. District Court, District of Connecticut | 2009 |
| U.S. Court of Appeals, District of Columbia Circuit | 4/30/2012 |
| U.S. Court of Appeals for the Second Circuit | 1/1/2001 |
| U.S. Court of Appeals for the Eighth Circuit | 10/2/2015 |
| U.S. Court of Appeals for the Ninth Circuit | 1/1/2006 |

6. I attest that I am a registered user of ECF in the United States District Court for the Western District of Pennsylvania.

7. I attest that I have read, know and understand the Local Rules of Court for the United States District Court for the Western District of Pennsylvania

8. Based upon the foregoing, I respectfully request that I be granted *pro hac vice* admission in this matter.

I certify and attest that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are false, I am subject to punishment.

Dated: 7/27/2020

Steven D. Hurd, Esq.

Sworn to before me this 27 day of July, 2020.

Notary Public

**NINA LEEDS**
**Notary Public – State of New York**
**No. 01LE6404634**
**Qualified in Queens County**
**My Commission Expires Feb. 24, 2024**

The notarization was made pursuant to Executive Order 202.7.
Notary situated in the county of Queens.
Signatory situated in the county of Suffolk.
I attest that on this 27th day of July, 2020, Steven D. Hurd appeared before me using live audio-visual technology.

# Exhibit A

# SUPREME COURT OF
# THE STATE OF NEW YORK
# APPELLATE DIVISION, FOURTH DEPARTMENT
# ROCHESTER, NEW YORK

I, ALAN L. ROSS, Deputy Clerk of the Appellate Division of the Supreme Court in the Fourth Judicial Department, State of New York, do hereby certify that

## *Steven D. Hurd*

was duly admitted to practice as an attorney and counselor at law in all courts of this state by this Court on **March 16, 1995**, and appears in good standing upon the roll of attorneys and counselors, and other records, in this office and has registered with the administrative office of the Courts as required by Judiciary Law §468-a.



***IN WITNESS WHEREOF***, I have hereunto set my hand and affixed the seal of this Court, at the City of Rochester, July 20, 2020

_____
Deputy Clerk of the Court