IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

```
-------------------------------------------------------------X
ANTHONY HAMMOND MURPHY           :
and BLAIR DOUGLASS,              :
                                 :
            Plaintiffs,          :     Case No. 20-cv-00056-SPB-RAL
                                 :
                                 :         ECF Filing
       v.                        :
                                 :
CHARLES TYRWHITT, INC.,          :
                                 :
            Defendant.           :
-------------------------------------------------------------X
```

## ORDER

AND NOW, to wit, this _____ day of _____, 2020, upon consideration of the Motion for Admission *Pro Hac Vice* of Steven D. Hurd, it is hereby ORDERED that said Motion be and hereby is GRANTED and Steven D. Hurd is hereby admitted to this Court *pro hac vice* for the purpose of representing Charles Tyrwhitt, Inc., Defendant, in the above-captioned action.

BY THE COURT:

_____