UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTHONY HAMMOND MURPHY and BLAIR DOUGLASS,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>CHARLES TYRWHITT, INC.,<br><br>　　　　　　Defendant. | Civil Action No. 1:20-cv-00056-SPB-RAL |

**PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF
<u>CLASS ACTION SETTLEMENT AGREEMENT</u>**

Plaintiffs Anthony Hammond Murphy and Blair Douglass (collectively, "Plaintiffs"), on behalf of themselves and all others similarly situated, by and through their undersigned counsel, hereby move for entry of an Order granting final approval of the parties' Class Action Settlement Agreement. (Doc. 19-1.)

1.　In support, Plaintiffs submit the accompanying Memorandum in Support of Plaintiffs' Motion for Final Approval of Class Action Settlement.

2.　Plaintiffs respectfully request that the Court approve the settlement as fair, reasonable, and adequate and enter the Final Approval Order in the form accompanying this motion.

3.　Defendant does not oppose the relief sought in this Motion.

Dated: May 14, 2021　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　*/s/ Kevin W. Tucker*
　　　　　　　　　　　　　　　　　　　　　Kevin W. Tucker (He/Him)
　　　　　　　　　　　　　　　　　　　　　Pa. No. 312144
　　　　　　　　　　　　　　　　　　　　　Kevin J. Abramowicz
　　　　　　　　　　　　　　　　　　　　　Pa. No. 320659

Chandler Steiger (She/Her)
Pa. No. 328891
Stephanie Moore (She/Her)
Pa. No. 329447
**EAST END TRIAL GROUP LLC**
6901 Lynn Way, Suite 215
Pittsburgh, PA 15208
Tel. (412) 877-5220
Fax. (412) 626-7101
ktucker@eastendtrialgroup.com
kabramowicz@eastendtrialgroup.com
csteiger@eastendtrialgroup.com
smoore@eastendtrialgroup.com

Lawrence H. Fisher
Pa. No. 67667
One Oxford Centre
301 Grant Street, Suite 270
Pittsburgh, PA 15219
Tel. (412) 577-4040
lawfirst@lawrencefisher.com

*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this, the 14th day of May, 2021, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of such filing to all counsel of record.

                                              */s/ Kevin W. Tucker*
                                                Kevin W. Tucker