IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

---------------------------------------------------------------X
ANTHONY HAMMOND MURPHY,
BLAIR DOUGLASS,

          Plaintiffs,

v.

CHARLES TYRWHITT, INC.,

          Defendant.
--------------------------------------------------------- X

Case No. 20-cv-000056-SPB-RAL

ECF Filing

## ORDER OF COURT

AND NOW, this _17_ day of _May_, 2021, upon consideration of the within Joint Motion for Virtual Fairness Hearing filed by Plaintiffs, Anthony Hammond Murphy and Blair Douglass, and Defendant, Charles Tyrwhitt, Inc., it is hereby ORDERED and DECREED that the Motion is GRANTED and that the Fairness Hearing to determine whether the Settlement Agreement shall be granted final approval, and to address any related matters, shall be conducted virtually by Zoom before this Court on May 25, 2021 at 10:00 a.m. EST from the United States District Court for the Western District of Pennsylvania, located at 17 South Park Row, Erie, PA 16501.

_____
SUSAN PARADISE BAXTER
United States District Judge